# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Richardson, Julius N. | 2. Court or Organization<br><br>Fourth Circuit Court of Appeals | 3. Date of Report<br><br>8/12/2020 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

1100 Laurel Street
Columbia, South Carolina 29201

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 8/12/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Security Institute of The Antonin Scalia Law School | July 21-24, 2019 | Padua, Italy | Summer Program: National Security & Separation of Powers | Travel and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 8/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Line of Credt | O |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | First Citizens Bank - Cash Account #1 | A | Interest | J | T | | | | | |
| 2. | Bank of America - Cash Accounts #2 | A | Interest | K | T | | | | | |
| 3. | Goldman Sachs - Cash Account #3 | B | Interest | J | T | | | | | |
| 4. | Trust #1 (H) | | | | | | | | | |
| 5. | - GS Strategic Factor Allocation Fund Institutional | | None | | | Sold (part) | 01/18/19 | J | D | |
| 6. | | | | | | Sold | 01/18/19 | J | D | |
| 7. | - GS International Equity Insights Fund I | A | Dividend | K | T | Buy (add'l) | 01/18/19 | K | | |
| 8. | - GS U.S. Equity Dividend and Premium Fund Institutional Shares | A | Dividend | K | T | Buy | 01/18/19 | J | | |
| 9. | - GS International Small Cap Insights Fund I | A | Dividend | J | T | Buy | 01/18/19 | J | | |
| 10. | - GS Small Cap Value Fund Institutional Class Shares | A | Dividend | J | T | Buy | 01/18/19 | J | | |
| 11. | - GS High Yield Floating Rate Fund Institutional Shares | | None | | | Sold (part) | 01/18/19 | J | B | |
| 12. | | | | | | Sold | 01/18/19 | J | D | |
| 13. | - Goldman Sachs Bank USA Deposit (BDA) | A | Interest | J | T | | | | | |
| 14. | - GS Small/MID Cap Growth Fund Class P | | None | K | T | Buy | 01/18/19 | K | | |
| 15. | - IShares Short-Term ETF Corporate Bond ETF | B | Dividend | L | T | Buy | 01/22/19 | K | | |
| 16. | | | | | | Sold (part) | 04/10/19 | J | A | |
| 17. | | | | | | Sold (part) | 04/22/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 01/22/19 | K | | |
| 19.   Trust #2 (H) | | | | | | | | | |
| 20.   - GS Strategic Factor Allocation Fund Institutional | B | Dividend | L | T | Sold (part) | 04/10/19 | J | C | |
| 21. | | | | | Sold (part) | 04/22/19 | J | A | |
| 22. | | | | | Sold (part) | 11/21/19 | K | E | |
| 23. | | | | | Sold (part) | 11/21/19 | K | E | |
| 24.   - GS International Equity Insights Fund I | C | Dividend | L | T | Buy (add'l) | 11/21/19 | J | | |
| 25. | | | | | Buy (add'l) | 11/21/19 | K | | |
| 26.   - GS High Yield Floating Rate Fund Institutional Shares | B | Dividend | | | Sold (part) | 11/21/19 | K | E | |
| 27. | | | | | Sold | 11/21/19 | J | D | |
| 28.   - GS International Small Cap Insights Fund I | A | Dividend | K | T | Buy (add'l) | 11/21/19 | J | | |
| 29. | | | | | Buy (add'l) | 11/21/19 | J | | |
| 30.   - GS U.S. Equity Dividend and Premium Fund Institutional Shares | B | Dividend | M | T | Buy (add'l) | 11/21/19 | J | | |
| 31. | | | | | Buy (add'l) | 11/21/19 | K | | |
| 32.   - GS Small Cap Value Fund Institutional Class Shares | B | Dividend | K | T | Buy (add'l) | 11/21/19 | J | | |
| 33. | | | | | Buy (add'l) | 11/21/19 | J | | |
| 34.   - Goldman Sachs Bank USA Deposit (BDA) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | - GS Small/MID Cap Growth Fund Class P | | | K | T | Buy<br>(add'l) | 11/21/19 | J | | |
| 36. | | | | | | Buy<br>(add'l) | 11/21/19 | J | | |
| 37. | - IShares Short-Term ETF Corporate Bond ETF | A | Dividend | K | T | Buy | 11/21/19 | K | | |
| 38. | | | | | | Buy<br>(add'l) | 11/21/19 | J | | |
| 39. | Trust #3 (H) | | | | | | | | | |
| 40. | - GS Strategic Factor Allocation Fund Institutional | B | Dividend | L | T | Sold<br>(part) | 04/10/19 | J | C | |
| 41. | | | | | | Sold<br>(part) | 04/22/19 | J | A | |
| 42. | | | | | | Sold<br>(part) | 11/21/19 | K | E | |
| 43. | | | | | | Sold<br>(part) | 11/21/19 | K | E | |
| 44. | - GS High Yield Floating Rate Fund Institutional Shares | B | Dividend | | | Sold<br>(part) | 11/21/19 | K | E | |
| 45. | | | | | | Sold | 11/21/19 | J | D | |
| 46. | - GS International Equity Insights Fund I | B | Dividend | L | T | Buy<br>(add'l) | 11/21/19 | J | | |
| 47. | | | | | | Buy<br>(add'l) | 11/21/19 | J | | |
| 48. | - GS International Small Cap Insights Fund I | B | Dividend | K | T | Buy<br>(add'l) | 11/21/19 | J | | |
| 49. | | | | | | Buy<br>(add'l) | 11/21/19 | J | | |
| 50. | -GS U.S. Equity Dividend and Premium Fund Institutional Shares | B | Dividend | L | T | Buy<br>(add'l) | 11/21/19 | J | | |
| 51. | | | | | | Buy<br>(add'l) | 11/21/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  - GS Small Cap Value Fund Institutional Class Shares | A | Dividend | K | T | Buy (add'l) | 11/21/19 | J | | |
| 53. | | | | | Buy (add'l) | 11/21/19 | J | | |
| 54.  - Goldman Sachs Bank USA Deposit (BDA) | A | Interest | J | T | | | | | |
| 55.  - GS Small/MID Cap Growth Fund Class P | | | K | T | Buy (add'l) | 11/21/19 | J | | |
| 56. | | | | | Buy (add'l) | 11/21/19 | J | | |
| 57.  - IShares Short-Term ETF Corporate Bond ETF | A | Dividend | K | T | Buy | 11/21/19 | K | | |
| 58. | | | | | Buy (add'l) | 11/21/19 | J | | |
| 59.  Trust #4 (H) | | | | | | | | | |
| 60.  - GS Strategic Factor Allocation Fund Institutional | B | Dividend | L | T | Sold (part) | 04/10/19 | J | C | |
| 61. | | | | | Sold (part) | 04/22/19 | J | A | |
| 62. | | | | | Sold (part) | 11/21/19 | K | E | |
| 63. | | | | | Sold (part) | 11/21/19 | K | E | |
| 64.  - GS High Yield Floating Rate Fund Institutional Shares | B | Dividend | | | Sold (part) | 11/21/19 | K | E | |
| 65. | | | | | Sold | 11/21/19 | J | D | |
| 66.  - GS U.S. Equity Dividend and Premium Fund Institutional Shares | B | Dividend | L | T | Buy (add'l) | 11/21/19 | J | | |
| 67. | | | | | Buy (add'l) | 11/21/19 | K | | |
| 68.  - GS International Equity Insights Fund I | B | Dividend | L | T | Buy (add'l) | 04/17/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 11/21/19 | J | | |
| 70. | | | | | Buy<br>(add'l) | 11/21/19 | J | | |
| 71.     - GS International Small Cap Insights Fund I | B | Dividend | K | T | Buy<br>(add'l) | 11/21/19 | J | | |
| 72. | | | | | Buy<br>(add'l) | 11/21/19 | J | | |
| 73.     - GS Small Cap Value Fund Institutional<br>Class Shares | A | Dividend | K | T | Buy<br>(add'l) | 11/21/19 | J | | |
| 74. | | | | | Buy<br>(add'l) | 11/21/19 | J | | |
| 75.     - Goldman Sachs Bank USA Deposit (BDA) | A | Interest | J | T | | | | | |
| 76.     - GS Small/MID Cap Growth Fund Class P | | | K | T | Buy<br>(add'l) | 11/21/19 | J | | |
| 77.     - IShares Short-Term ETF Corporate Bond<br>ETF | A | Dividend | K | T | Buy | 11/21/19 | K | | |
| 78. | | | | | Buy<br>(add'l) | 11/21/19 | J | | |
| 79.   Investment Account #1 (H) | | | | | | | | | |
| 80.     - Amex Consumers Staples Select Fund<br>'SPDR' | E | Dividend | O | T | | | | | |
| 81.     - The Financial Select Sector SPDR Fund | A | Dividend | K | T | | | | | |
| 82.    -Goldman Sachs Bank USA Deposit (BDA) | A | Interest | J | T | | | | | |
| 83.   Investment Account #2 (H) | | | | | | | | | |
| 84.   Vanguard Inst Target Retirement 2040 Fund | C | Dividend | M | T | | | | | |
| 85.   Investment Account #3 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.    - Vanguard Small Cap Index Fund | A | Dividend | L | T | | | | | |
| 87.    Trust #5 (H) | | | | | | | | | |
| 88.    - IShares MSCI EAFE ETF | D | Dividend | | | Sold | 09/09/19 | O | D | |
| 89.    - SPDR S&P 500 ETF Trust | D | Dividend | P1 | T | Buy<br>(add'l) | 09/26/19 | N | | |
| 90.    - IShares Russell 2000 ETF | C | Dividend | N | T | | | | | |
| 91.    - GS High Yield Municipal Fund<br>Institutional Shares | D | Dividend | N | T | | | | | |
| 92.    - Vanguard FTSE European ETF | C | Dividend | | | Sold | 09/09/19 | M | G | |
| 93.    - Goldman Sachs Bank USA Deposit (BDA) | A | Interest | K | T | | | | | |
| 94.    - JP Morgan Chase & Co. LNKD to SPDR<br>S&P Oil & Gas EXP CNTNGNT CPN W B | | None | | | Matured | 06/17/19 | L | F | |
| 95.    - JPMorgan Chase & Co. Linked to S&P<br>GSCI Due 9/25/19 | | None | | | Matured | 09/25/19 | L | F | |
| 96.    - Societe Generale Linked to Euro Stoxx 50<br>PR Autocallable W Buffer St | | None | | | Sold | 09/17/19 | M | G | |
| 97.    - Societe Generale Linked to SPGCCLP<br>3/26/2019 | | None | | | Matured | 03/26/19 | K | E | |
| 98.    - Societe Generale Linked to SPGCCLP<br>7/24/2019 | | None | | | Matured | 07/24/19 | K | E | |
| 99.    - BNP Paribas Linked to S&P 500 Index<br>CNTNGNT CPN due 6/19/19 | | None | | | Matured | 06/19/19 | L | F | |
| 100.    - NBCLinked to MXEA Upside Levrd<br>Capped | | None | | | Matured | 08/22/19 | K | E | |
| 101.    - UBS AG Linked to Euro Stoxx 50 PR<br>CNTNGNT CPN W Buffer Structured No | | None | | | Matured | 04/15/19 | L | F | |
| 102.    - Toronto Dominion Bank Linked to Euro<br>Stoxx 50 PR Due 8/20/19 | | None | | | Matured | 08/20/19 | L | F | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - GS Short Duration Tax Free Fund Class P | C | Dividend | M | T | | | | | |
| 104. - Amex Consumers Staples Select Fund 'SPDR' | E | Dividend | O | T | Buy (add'l) | 09/25/19 | M | | |
| 105. - JPmorgan Chase & Co. Linked to basket of Indices | | None | L | T | Buy | 09/13/19 | K | | |
| 106. - The Bank of Nova Scotia Lnkd to NASDAQ 100 Stock INDX | | None | M | T | Buy | 09/23/19 | L | | |
| 107. - Canadian Imperial Bank of Comm Lnkd to NASDAQ 100 Stock Indx | | None | L | T | Buy | 11/20/19 | K | | |
| 108. Trust #6 (H) | | | | | | | | | |
| 109. - Goldman Sachs Bank USA Deposit (BDA) | A | Interest | J | T | | | | | |
| 110. - Vanguard FTSE European ETF | B | Dividend | | | Sold | 09/09/19 | M | G | |
| 111. - Societe Generale Lnkd to Euro Stoxx 50 PR Autocallable 10/22/2020 | | None | | | Sold | 09/17/19 | L | F | |
| 112. - Soceiete Generale Linked to SPGCCLP Cntngnt CPN Due 3/26/2019 | | None | | | Matured | 03/26/19 | L | F | |
| 113. - Societe Generale Linked to SPGCCLP Cntgnt CPN Due 7/24/2019 | | None | | | Matured | 07/24/19 | L | F | |
| 114. - UBS AG Linked to Euro Stoxx 50 PR Cntgnt Due 4/15/2019 | | None | | | Matured | 04/15/19 | L | F | |
| 115. - Amex Consumer Staples Select Fund 'SPDR' | D | Dividend | N | T | | | | | |
| 116. - GS Short Duration Tax Free Fund Class P | C | Dividend | N | T | Sold (part) | 04/09/19 | J | D | |
| 117. | | | | | Buy (add'l) | 09/26/19 | K | | |
| 118. - BNP Paribas Linked to S&P 500 Index Due 6/19/2019 | | None | | | Matured | 06/19/19 | M | G | |
| 119. - Canadian Imperial Bank of Comm Lnkd to SPDR S&P Oil&Gas Due 6/16/20 | | None | | | Sold | 12/09/19 | K | E | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - JPMorgan Chase & Co Linked to Basket of Indices Upside Due 5/11/2020 | None | | L | T | | | | | |
| 121. - JPMorgan Chase & Co Linked to Euro Stoxx 50 PR Updise Due 5/21/2020 | None | | L | T | | | | | |
| 122. - JPMorgan Chase & Co Linked to S&P GSCI Industrial Due 9/25/2019 | None | | | | Matured | 09/25/19 | L | F | |
| 123. - NBC Linked to SX7E Auocal Structured Due 7/21 | None | | K | T | | | | | |
| 124. - Toronto Dominion Bank Linked to Euro Stox 50 PR Due 8/20/2019 | None | | | | Matured | 08/20/19 | L | F | |
| 125. - Toronto Dominion Bank Linked to S&P Banks Select Indus Due 2/11/2020 | None | | L | T | | | | | |
| 126. - UBS AG Linked to NASDAQ 100 Stock Due 1/29/2020 | None | | L | T | | | | | |
| 127. - Societe Generale Linked To ESTX Banks Eur PR | None | | K | T | Sold (part) | 10/03/19 | L | F | |
| 128. | | | | | Buy (add'l) | 12/10/19 | K | | |
| 129. - SPDR S&P DIVIDEND ETF | A | Dividend | M | T | Buy | 09/25/19 | M | | |
| 130. - Citigroup Inc. Linked to Euro Stoxx 50 PR due 7/24/2020 | None | | L | T | Buy | 03/22/19 | L | | |
| 131. - Citigroup Inc. Linked to Euro Stoxx 50 PR due 8/12/2020 | None | | L | T | Buy | 04/10/19 | K | | |
| 132. - BOFA Finance LLC Linked to Basket of Indices | None | | M | T | Buy | 06/19/19 | L | | |
| 133. - JPMorgan Chase & Co. Linked to S&P 500 Index | None | | M | T | Buy | 08/14/19 | L | | |
| 134. - BNP Paribas Linked to XLP VS. XLY | None | | K | T | Buy | 09/03/19 | K | | |
| 135. - Morgan Stanley Fianance LLC LNKD to NASDAQ 100 Stock | None | | L | T | Buy | 09/18/19 | L | | |
| 136. - The Bank of Nova Scotia LNKD to NASDAQ 100 Stock | None | | L | T | Buy | 09/23/19 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Societe Generale Linked to Eurostox Banks Inde | | None | L | T | Buy | 10/08/19 | L | | |
| 138. Investment LLC (35.45% interest) (H) | | | | | | | | | |
| 139. Undeveloped Tract, Charleston County South Carolina (57.4% interest) | | None | L | W | | | | | |
| 140. John Hancock Flexible Premium Adjustable Life | D | Interest | O | T | | | | | |
| 141. Goldman Sachs Bank USA Deposit (BDA) | A | Interest | J | T | | | | | |
| 142. Trust #7 (H) | | | | | | | | | |
| 143. - 3M Co Common | A | Dividend | | | Buy | 06/27/19 | J | | |
| 144. | | | | | Sold (part) | 11/14/19 | J | B | |
| 145. | | | | | Sold | 12/09/19 | K | E | |
| 146. - Abbive Inc Common | | None | K | T | Buy | 11/29/19 | J | | |
| 147. | | | | | Buy (add'l) | 12/12/19 | J | | |
| 148. | | | | | Buy (add'l) | 12/20/19 | J | | |
| 149. - Accenture PLC Cl A Common Ireland | A | Dividend | K | T | Buy | 06/27/19 | J | | |
| 150. - Actavis Funding SCS SR Unsecd NT Luxembourg DTD 3/12/15 | A | Dividend | | | Sold | 7/25/19 | K | E | |
| 151. - Ameren Corp COM | A | Dividend | | | Sold | 11/29/19 | J | B | |
| 152. - Altria Group Inc Common | B | Dividend | J | T | Sold (part) | 01/24/19 | J | D | |
| 153. | | | | | Sold (part) | 01/31/19 | J | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  - American Elec Pwr Inc Common | A | Dividend | K | T | | | | | |
| 155.  - American Intl Group Inc SR Unsecd NT Call 6/16/19 @ 100 DTD | B | Interest | | | Sold | 07/16/19 | K | E | |
| 156. | | | | | Buy | 07/19/19 | J | | |
| 157. | | | | | Buy<br>(add'l) | 07/26/19 | J | | |
| 158. | | | | | Buy<br>(add'l) | 08/12/19 | J | | |
| 159.  - Anderson S C WTR & SWR SYS Rev Bonds | D | Interest | M | T | | | | | |
| 160.  - Anheuser-Busch Inbev Fin Inc SR Unsecd NT Call 1/01/21 | A | Dividend | | | Sold | 02/11/19 | J | D | |
| 161.  - Appalachian St Univ NC Rev Ref-Gen-Ser A | B | Interest | L | T | | | | | |
| 162.  - Apple Inc Common | A | Dividend | L | T | Sold<br>(part) | 05/02/19 | J | D | |
| 163. | | | | | Sold<br>(part) | 05/16/19 | J | D | |
| 164. | | | | | Sold<br>(part) | 06/27/19 | J | C | |
| 165. | | | | | Sold<br>(part) | 07/25/19 | J | C | |
| 166. | | | | | Sold<br>(part) | 11/14/19 | J | C | |
| 167.  - Artisan International Fund | E | Dividend | N | T | | | | | |
| 168.  - Artisan International Value Fund | D | Dividend | N | T | | | | | |
| 169.  - AT&T Inc Common | A | Dividend | K | T | Buy | 01/15/19 | K | | |
| 170.  - Automatic Data Processing Inc Common | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Bank of America Temporary Overnight Deposit | A | Dividend | K | T | | | | | |
| 172. - Bank New York Mellon Corp. | A | Dividend | | | Buy | 01/15/19 | K | | |
| 173. | | | | | Sold | 06/27/19 | K | E | |
| 174. - Baxter Intl Inc COM | A | Dividend | K | T | Buy | 01/11/19 | J | | |
| 175. | | | | | Sold (part) | 12/31/19 | J | C | |
| 176. - Truist Finl Corp Com (formerly BB&T Corp Common) | B | Dividend | | | Sold (part) | 09/19/19 | J | D | |
| 177. | | | | | Sold (part) | 09/20/19 | J | C | |
| 178. | | | | | Buy (add'l) | 11/14/19 | J | | |
| 179. - Blackrock Inc Class A | A | Dividend | N | T | | | | | |
| 180. - Blackrock Liquidity Fedfund Institutional Class | C | Dividend | N | T | | | | | |
| 181. - Blackrock Small Cap Growth Equity Portfolio CL I | D | Dividend | M | T | | | | | |
| 182. - Boeing Co Common | C | Dividend | M | T | Sold (part) | 03/14/19 | J | D | |
| 183. | | | | | Sold (part) | 03/27/19 | J | B | |
| 184. | | | | | Sold (part) | 05/16/19 | K | E | |
| 185. - Barclays PLC Senior Unsecured Note DTD 11/10/14 2.75% Due 11/8/19 | A | Dividend | K | T | | | | | |
| 186. - Bristol Myers Squibb Co Common | A | Dividend | K | T | Buy | 01/15/19 | K | | |
| 187. | | | | | Buy (add'l) | 05/02/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 09/19/19 | J | | |
| 189.  - Broadcom LTD Common Singapore | | None | K | T | | | | | |
| 190.  - Capital One Natl Assn Mclean V | A | Dividend | | | Sold | 07/25/19 | K | E | |
| 191.  - Celegene Corp | A | Dividend | | | Sold | 02/06/19 | K | E | |
| 192.  - Charlotte-Mecklenburg Hosp Aut Ref Rev BDS DTD 11/22/16 | B | Dividend | L | T | | | | | |
| 193.  - Chase Issuance TR 2015-a4 CL a DTD 5/1/15 1.840% Due 4/15/22 | A | Dividend | K | T | | | | | |
| 194.  - Chevron Corp Common | B | Dividend | L | T | Buy | 01/24/19 | J | | |
| 195. | | | | | Buy (add'l) | 05/16/19 | J | | |
| 196. | | | | | Buy (add'l) | 06/27/19 | J | | |
| 197.  - Chubb LTD Common Switzerland | A | Dividend | K | T | | | | | |
| 198.  - Cisco SYS Inc Common | B | Dividend | L | T | Buy | 02/21/19 | J | | |
| 199. | | | | | Sold (part) | 08/08/19 | J | C | |
| 200.  - CitiGroup Inc SR GBL NT C01/24/22 @ 10 DTD 1/24/28 3.142%DUE 1/24/23 | A | Dividend | L | T | Sold (part) | 07/29/19 | K | E | |
| 201. | | | | | Buy (add'l) | 07/31/19 | L | | |
| 202.  - CME Group Inc Common | A | Dividend | K | T | Buy | 11/29/19 | J | | |
| 203.  - CMS Energy Corp Common | A | Dividend | K | T | Sold (part) | 11/29/19 | J | C | |
| 204.  - College Station Tex Go Refunds Bonds DTD 07/01/16 5% Due 02/15/26 | A | Interest | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. - Columbia Select Large Cap Growth Fund Instl3 Cl | F | Dividend | N | T | | | | | |
| 206. - Comcast Corp New CL A Common | B | Dividend | L | T | Sold (part) | 09/17/19 | L | F | |
| 207. | | | | | Buy | 11/19/19 | K | | |
| 208. | | | | | | | | | |
| 209. - Comcast Corp Unsecured Senior Note Dtd 10/5/18 3.3% Due 10/1/20 | B | Dividend | K | T | Sold (part) | 03/27/19 | J | D | |
| 210. | | | | | Buy | 06/27/19 | J | | |
| 211. | | | | | Sold (part) | 11/29/19 | J | C | |
| 212. - ConocoPhillips | A | Dividend | | | Buy | 01/15/19 | K | | |
| 213. | | | | | Buy (add'l) | 03/27/19 | J | | |
| 214. | | | | | Buy (add'l) | 05/02/19 | J | | |
| 215. | | | | | Sold | 12/09/19 | K | E | |
| 216. - Constellation Brands Inc | A | Dividend | K | T | | | | | |
| 217. - Credit Suisse Commodity-Return | B | Dividend | | | Sold | 09/30/19 | M | G | |
| 218. - Crown Castle Intl Corp Reits | A | Dividend | K | T | | | | | |
| 219. - Cummins Inc Common | A | Dividend | K | T | Buy (add'l) | 01/15/19 | J | | |
| 220. - CVS Health Corp Common | A | Dividend | K | T | Buy (add'l) | 06/14/19 | K | | |
| 221. - Digital Rlty Tr Inc Reits | A | Dividend | K | T | Buy (add'l) | 11/29/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | Buy<br>(add'l) | 12/02/19 | J | | |
| 223.   - Disney Walt Co Common Disney | A | Dividend | K | T | Buy<br>(add'l) | 01/11/19 | J | | |
| 224. | | | | | Buy<br>(add'l) | 05/02/19 | J | | |
| 225. | | | | | Sold<br>(part) | 10/31/19 | J | C | |
| 226.   - District Clumbia Hosp Rev Ref BDS DTD<br>9/17/15 05.000 Due 7/15/25 | B | Dividend | L | T | | | | | |
| 227.   - Dominion Energy Inc Common | A | Dividend | J | T | Buy<br>(add'l) | 08/22/19 | J | | |
| 228. | | | | | | | | | |
| 229.   - Eversource Energy Common | A | Dividend | K | T | Sold<br>(part) | 07/19/19 | J | C | |
| 230.   - Excelsior Private Markets Fund III (TI)<br>LLC Valuation DTD 12/29/17 | C | Dividend | M | T | Buy<br>(add'l) | 10/31/19 | J | | |
| 231.   - Exxon Mobil Corp Common | B | Dividend | K | T | Sold<br>(part) | 05/02/19 | J | D | |
| 232. | | | | | Sold<br>(part) | 08/22/19 | J | C | |
| 233. | | | | | Sold<br>(part) | 11/14/19 | J | B | |
| 234.   - Federal Home LN MTG Corp Pool | A | Dividend | K | T | | | | | |
| 235.   - Federal Home LN MTG Corp Ser 4068 | A | Dividend | J | T | | | | | |
| 236.   - Federal Home LN MTG Corp Ser 4322 | A | Dividend | K | T | | | | | |
| 237.   - Federal Natl Assn Pool #AL1193 | B | Dividend | K | T | | | | | |
| 238.   - Federal Natl MTG Assn Pool #AL5883 | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. - Federal Natl MTG Assn Pool #AW7402 | A | Dividend | K | T | | | | | |
| 240. - Federal Natl MTG Assn Pool #AS2947 DTD 6/1/14 4% DUE 7/1/44 | C | Dividend | L | T | | | | | |
| 241. - Federal Natl MTG Assn Pool #BM1880 DTD 10/1/17 | B | Dividend | L | T | | | | | |
| 242. - Federated Strategic Value Fund Instl | F | Dividend | O | T | | | | | |
| 243. - Fidelity Natl Information SVCS Inc Unsecd SR NT C7/15/25 | A | Dividend | | | Sold | 12/09/19 | J | D | |
| 244. - Franklin Ftlg Rate Daily Access Fund Cl AD | B | Dividend | | | Sold (part) | 01/28/19 | K | E | |
| 245. | | | | | Sold | 09/25/19 | K | E | |
| 246. - General Dynamics Corp Common | A | Dividend | | | Sold (part) | 10/03/19 | J | C | |
| 247. | | | | | Sold (part) | 12/12/19 | J | D | |
| 248. | | | | | Sold | 12/13/19 | K | E | |
| 249. - General Elec Co Common | A | Dividend | J | T | | | | | |
| 250. - General Motors Co. | A | Dividend | | | Buy | 01/15/19 | J | | |
| 251. | | | | | Sold (part) | 09/19/19 | J | B | |
| 252. | | | | | Sold | 12/09/19 | J | D | |
| 253. | | | | | | | | | |
| 254. - General MTRS Final Co Inc. | B | Dividend | | | Sold | 11/26/19 | K | E | |
| 255. - Georgetown Cnty SC Go Ref Bonds | D | Interest | M | T | Sold (part) | 11/18/19 | L | F | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. | | | | | Sold<br>(part) | 11/19/19 | K | E | |
| 257.   - Goldman Sachs Group Inc Unsecd SR NT<br>Call 11/25/25 @ 100 DTD 2/25/16 | A | Dividend | | | Sold<br>(part) | 02/06/19 | K | E | |
| 258. | | | | | Buy | 02/07/19 | K | | |
| 259. | | | | | Buy<br>(add'l) | 02/07/19 | J | | |
| 260. | | | | | Sold | 06/14/19 | K | E | |
| 261.   - Gilead Sciences | A | Dividend | J | T | Buy | 01/15/19 | J | | |
| 262. | | | | | Buy<br>(add'l) | 05/02/19 | J | | |
| 263.   - Hershey Co COM | A | Dividend | J | T | | | | | |
| 264.   - Home Depot Inc Common | B | Dividend | L | T | Buy | 12/31/19 | J | | |
| 265.   - Honeywell Intl Inc Common | B | Dividend | K | T | Sold<br>(part) | 10/31/19 | J | D | |
| 266.   - Ingersoll-Rand Co LTD Common Ireland | A | Dividend | K | T | Buy | 01/11/19 | J | | |
| 267. | | | | | Buy<br>(add'l) | 02/21/19 | J | | |
| 268. | | | | | Sold<br>(part) | 10/31/19 | J | C | |
| 269.   - Intel Corp Common | B | Dividend | L | T | Sold<br>(part) | 05/02/19 | J | C | |
| 270.   - International Business Machs | B | Dividend | K | T | Buy | 01/15/19 | K | | |
| 271. | | | | | Buy<br>(add'l) | 01/31/19 | J | | |
| 272. | | | | | Buy<br>(add'l) | 05/16/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273. | | | | | Buy<br>(add'l) | 07/25/19 | J | | |
| 274.  - IShares Core MSCI EAFE ETF | C | Dividend | M | T | | | | | |
| 275.  - IShares Core MSCI Emerging Mkts ETF | E | Dividend | O | T | | | | | |
| 276.  - JPMorgan Chase & Co Common | B | Dividend | M | T | Sold<br>(part) | 03/27/19 | J | D | |
| 277. | | | | | Buy<br>(add'l) | 06/27/19 | J | | |
| 278.  - Janus Enterprise Fund CL I | D | Dividend | M | T | | | | | |
| 279.  - Johnson & Johnson Common | C | Dividend | M | T | Sold<br>(part) | 01/11/19 | J | D | |
| 280. | | | | | Sold<br>(part) | 07/25/19 | J | D | |
| 281. | | | | | Sold<br>(part) | 10/31/19 | J | D | |
| 282.  - JPMorgan Chase & Co Unsecd SR NT<br>DTD 1/25/13 3.2% Due 1/25/23 | B | Interest | L | T | | | | | |
| 283.  - JPMorgan TR I Emerging Mkts Equity FD<br>Select | A | Dividend | K | T | | | | | |
| 284.  - Kellogg Co Common | | | | | Buy<br>(add'l) | 01/15/19 | K | | |
| 285. | | | | | Sold<br>(part) | 01/24/19 | J | C | |
| 286. | | | | | Sold<br>(part) | 02/21/19 | K | E | |
| 287. | | | | | Sold | 02/22/19 | J | C | |
| 288.  - Kimberly Clark Corp Common | A | Dividend | K | T | Buy | 02/21/19 | J | | |
| 289. | | | | | Buy<br>(add'l) | 10/31/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - KLA-Tencor Corp Common | A | Dividend | K | T | Buy | 01/15/19 | J | | |
| 291. | | | | | Buy (add'l) | 01/24/19 | J | | |
| 292. | | | | | Buy (add'l) | 02/21/19 | J | | |
| 293. | | | | | Sold (part) | 11/29/19 | J | C | |
| 294. - Lake Cnty ILL Go Sales Tax Alt Rev Source REF DTD 4/23/18 | B | Interest | L | T | | | | | |
| 295. - LAM Research Corp Common | A | Dividend | K | T | Buy | 01/11/19 | J | | |
| 296. | | | | | Buy (add'l) | 01/24/19 | J | | |
| 297. | | | | | Buy (add'l) | 05/02/19 | J | | |
| 298. - Lancaster PA Go BDB DTD 4/7/16 05.000 Due 11/01/24 | B | Interest | L | T | | | | | |
| 299. - Lexington Cnty SC Rural Rec D Go Ref BDS DTD 2/20/14 | C | Interest | M | T | | | | | |
| 300. - Lilly Eli & Co Common | A | Dividend | K | T | Sold (part) | 05/02/19 | J | C | |
| 301. | | | | | Buy (add'l) | 08/22/19 | J | | |
| 302. | | | | | Buy (add'l) | 12/12/19 | J | | |
| 303. | | | | | Buy (add'l) | 12/13/19 | J | | |
| 304. - Lockheed Martin Corp Common | B | Dividend | L | T | Sold (part) | 10/31/19 | J | D | |
| 305. | | | | | Buy | 12/31/19 | J | | |
| 306. - Lyondellbasell Industries NC Cl A Common Netherlands | A | Dividend | | | Buy (add'l) | 01/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307. | | | | | Sold<br>(part) | 05/02/19 | J | D | |
| 308. | | | | | Sold | 05/16/19 | J | D | |
| 309.  - Marsh & McLennan Cos Inc Common | A | Dividend | K | T | Sold<br>(part) | 11/29/19 | J | D | |
| 310.  - McDonalds Corp Common | A | Dividend | K | T | Sold<br>(part) | 06/27/19 | J | C | |
| 311.  - Medtronic PLC Common Ireland | A | Dividend | K | T | Buy<br>(add'l) | 08/08/19 | J | | |
| 312. | | | | | Buy<br>(add'l) | 08/22/19 | J | | |
| 313. | | | | | Buy<br>(add'l) | 12/12/19 | J | | |
| 314. | | | | | Buy<br>(add'l) | 12/13/19 | J | | |
| 315.  - Merck & Co Inc New Common | B | Dividend | L | T | Buy<br>(add'l) | 08/22/19 | J | | |
| 316. | | | | | Sold<br>(part) | 12/31/19 | J | C | |
| 317.  - MFS Value Fund Cl I | C | Dividend | M | T | | | | | |
| 318.  - Microsoft Corp Common | B | Dividend | L | T | Sold<br>(part) | 03/27/19 | K | D | |
| 319. | | | | | Sold<br>(part) | 06/27/19 | J | D | |
| 320. | | | | | Sold<br>(part) | 08/08/19 | J | C | |
| 321. | | | | | Sold<br>(part) | 11/14/19 | J | D | |
| 322.  - Milwaukee Wisconsin GO Bonds | B | Interest | L | T | | | | | |
| 323.  - Mississippi Dev BK SPL Oblig | B | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (*No reportable income, assets, or transactions.*)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324.   - Morgan Stanley Sr Unsecd Gmnt DTD 7/23/15 4% Due 7/23/25 | A | Interest | K | T | | | | | |
| 325.   - New York NY GO BDS DTD 5/27/16 05.000 Due 8/01/25 | B | Interest | L | T | | | | | |
| 326.   - Nextera Energy Inc Common | A | Dividend | K | T | Sold (part) | 10/31/19 | J | C | |
| 327.   - Northern TR Corp Common | | | J | T | Buy | 11/14/19 | J | | |
| 328. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 329. | | | | | Buy (add'l) | 11/18/19 | J | | |
| 330.   - Ohio St Dept Administrative SV Cops DTD 11/02/16 05.000 Due 9/01/24 | B | Interest | L | T | | | | | |
| 331.   - Packaging Corp Amer | A | Dividend | J | T | Buy (add'l) | 01/15/19 | J | | |
| 332.   - Parker Hannifin Corp Common | A | Dividend | K | T | | | | | |
| 333.   - Pennsylvania ST TPK Common TPK REV BDS DTD 10/11/17 | B | Interest | L | T | | | | | |
| 334.   - Pepsico Inc Common | B | Dividend | L | T | Sold (part) | 10/31/19 | J | D | |
| 335.   - Pfizer Inc Common | B | Dividend | K | T | Buy (add'l) | 02/21/19 | J | | |
| 336. | | | | | Buy (add'l) | 07/25/19 | J | | |
| 337. | | | | | Sold (part) | 08/22/19 | K | E | |
| 338. | | | | | Sold (part) | 09/19/19 | J | D | |
| 339. | | | | | Sold (part) | 11/29/19 | J | B | |
| 340.   - Philip Morris Intl Inc Common | C | Dividend | L | T | Sold (part) | 05/02/19 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. | | | | | Sold (part) | 11/14/19 | J | C | |
| 342.   - PNC Finl Svcs Group Inc Common | B | Dividend | K | T | Buy (add'l) | 06/27/19 | J | | |
| 343. | | | | | Buy (add'l) | 11/14/19 | J | | |
| 344.   - Price T Rowe Group Inc Common | A | Dividend | K | T | Buy (add'l) | 10/31/19 | J | | |
| 345. | | | | | Buy (add'l) | 12/12/19 | J | | |
| 346. | | | | | Buy (add'l) | 12/13/19 | J | | |
| 347.   - Principal Finl Group Inc | A | Dividend | J | T | Buy (add'l) | 01/15/19 | J | | |
| 348.   - Procter & Gamble Co Common | B | Dividend | M | T | Buy (add'l) | 01/11/19 | J | | |
| 349. | | | | | Buy (add'l) | 02/21/19 | J | | |
| 350. | | | | | Buy (add'l) | 05/16/19 | J | | |
| 351.   - Prudential Global Real Estate Fund CL Z | D | Dividend | L | T | | | | | |
| 352.   - Public Storage Inc Common (REIT) | A | Dividend | | | Sold (part) | 11/29/19 | J | D | |
| 353. | | | | | Sold | 12/02/19 | J | D | |
| 354.   - Regions BK Birmingham ALA | A | Dividend | K | T | | | | | |
| 355.   - South Carolina Jobs-Economic D Ref Impt Bds DTD 6/28/18 | B | Interest | L | T | | | | | |
| 356.   - Sonoco Prods Co Common | A | Dividend | J | T | | | | | |
| 357.   - Southern Co Common | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358.  - Sullivan Cnty Tenn Go SCH BDS DTD 3/30/17 05.000 Due 5/01/24 | B | Interest | L | T | | | | | |
| 359.  - Suncor Energy Inc New Common Canada | A | Dividend | | | Sold | 12/09/19 | K | E | |
| 360.  - Suntrust Bk Atl GA Unsecd Med Term SR BK NT C10/26/20 | B | Dividend | L | T | | | | | |
| 361.  - Tampa Fla Sports Authority Revenue Bonds | B | Interest | L | T | | | | | |
| 362.  - Texas Instrs Inc Common | B | Dividend | K | T | | | | | |
| 363.  - TJX Cos Inc New Common | A | Dividend | K | T | Buy | 05/16/19 | J | | |
| 364.  - Union Pac Corp Common | B | Dividend | L | T | | | | | |
| 365.  - United Technologies Corp Common | A | Dividend | K | T | | | | | |
| 366.  - Unitedhealth Group Inc Common | A | Dividend | K | T | Buy (add'l) | 09/19/19 | J | | |
| 367. | | | | | Buy (add'l) | 11/14/19 | J | | |
| 368.  - US Bancorp Del Common New | B | Dividend | K | T | Buy (add'l) | 11/14/19 | J | | |
| 369.  - UST Global Private Markets Fund LLC | E | Dividend | M | T | | | | | |
| 370.  - Valero Energy Corp New Common | A | Dividend | K | T | Sold (part) | 11/14/19 | J | C | |
| 371.  - Vanguard Growth ETF | C | Dividend | O | T | | | | | |
| 372.  - Vanguard Dividend Appreciation Index Fund | A | Dividend | L | T | Sold (part) | 01/15/19 | M | G | |
| 373. | | | | | Buy (add'l) | 12/09/19 | L | | |
| 374.  - Vanguard Mid-Cap ETF | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375. - Vanguard Mid-Cap Growth Index Fund | B | Dividend | M | T | | | | | |
| 376. - Vanguard Real Estate ETF | D | Dividend | N | T | | | | | |
| 377. - Vanguard Small-Cap ETF | B | Dividend | L | T | Buy | 01/07/19 | J | | |
| 378. - Victory Small Co Oppty Fund CL I SHS | D | Dividend | M | T | | | | | |
| 379. - Virtus Ceredex Mid Cap Value Equity Fund Cl I | D | Dividend | M | T | | | | | |
| 380. - Walmart Inc Common | A | Dividend | K | T | Sold (part) | 07/25/19 | J | D | |
| 381. - Waste MGMT Inc Del Common | A | Dividend | K | T | | | | | |
| 382. - WEC Energy Group Inc Common | A | Dividend | K | T | Sold (part) | 10/31/19 | J | C | |
| 383. - Wells Fargo & Co New Common | B | Dividend | K | T | Buy (add'l) | 06/27/19 | J | | |
| 384. - Wells Fargo BK NA San Francisco CA Unsecd Medium Term | B | Dividend | | | Sold | 12/06/19 | K | E | |
| 385. - Westpac Bkg Corp SR Unsecd NT Australia DTD 11/23/15 | B | Dividend | | | Sold | 07/29/19 | L | F | |
| 386. - WFRBS Coml MTG TR 2013-UBS1 MTG Passthru | B | Dividend | L | T | | | | | |
| 387. - Xcel Energy Inc Com | A | Dividend | K | T | Buy (add'l) | 05/02/19 | J | | |
| 388. - York Cnty SC SCH Dist NO 003 Go Ref Bonds | C | Interest | M | T | | | | | |
| 389. - Allstate Corp Com | A | Dividend | | | Buy | 06/27/19 | J | | |
| 390. | | | | | Buy (add'l) | 10/03/19 | J | | |
| 391. | | | | | Buy (add'l) | 10/31/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 392. | | | | | Buy<br>(add'l) | 11/01/19 | J | | |
| 393. | | | | | Buy<br>(add'l) | 11/29/19 | J | | |
| 394.  - Aercap Ireland Cap LTD / Aercap GBL Aviation | A | Dividend | K | T | Buy | 8/8/19 | K | | |
| 395.  - AT&T Inc SR Unsecd NT Call 5/30/20 @100 DTD 5/4/15 | A | Dividend | K | T | | | | | |
| 396.  - Blackrock High Yield Bond Portfolio Instl CL | B | Dividend | K | T | Buy | 01/28/19 | K | | |
| 397.  - Deer & CO Com | A | Dividend | K | T | Buy | 05/02/19 | J | | |
| 398. | | | | | Buy<br>(add'l) | 10/29/19 | J | | |
| 399.  - Dow Inc Com (formerly part of Dowdupont Inc Common) | A | Dividend | K | T | Buy | 05/02/19 | J | | |
| 400. | | | | | Sold<br>(part) | 05/09/19 | J | A | |
| 401. | | | | | Buy<br>(add'l) | 05/16/19 | J | | |
| 402. | | | | | Sold<br>(part) | 11/14/19 | J | C | |
| 403.  - Dupont De Numours Inc Com (formerly Dowdupont Inc Common) | A | Dividend | | | Sold<br>(part) | 07/12/19 | J | A | |
| 404. | | | | | Sold<br>(part) | 10/17/19 | J | D | |
| 405. | | | | | Sold | 10/18/19 | J | B | |
| 406.  - Eaton Vance FLTG Rate Fund CL I | A | Dividend | K | T | Buy | 09/25/19 | K | | |
| 407.  - Federal Home LN MTG Corp Pool #G07806 | B | Dividend | K | T | Buy | 02/13/19 | L | | |
| 408.  - Federal Home LN MTG Corp Pool #G08660 | B | Dividend | L | T | Buy | 09/18/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 409.  - Federal Home LN MTG Corp Pool #SB0036 | A | Dividend | L | T | | | | | |
| 410.  - Ford CR Auto Lease TR 2019-B NT CL A-3 | A | Dividend | L | | Buy | 07/30/19 | K | | |
| 411.  - Kinder Morgan Energy Partners L P SR Unsecd NT DTD 5/19/10 | A | Dividend | K | T | Buy | 03/22/19 | J | | |
| 412. | | | | | Buy (add'l) | 03/28/19 | J | | |
| 413.  - M&T BK Corp Com | A | Dividend | K | T | Buy | 01/24/19 | J | | |
| 414. | | | | | Buy (add'l) | 06/27/19 | J | | |
| 415.  - Mondelez Intl Inc Com | A | Dividend | K | T | | | | | |
| 416.  - Pioneer Nat Res Co SR Unsecd NT Call 4/15/22 | A | Dividend | K | T | Buy | 06/03/19 | K | | |
| 417.  - Southcentral PA Gen Auth Rev BDS DTD 4/3/19 Due 6/1/28 | B | Interest | L | T | Buy | 04/03/19 | L | | |
| 418.  - Target Corp Com | A | Dividend | K | T | Buy | 07/25/19 | J | | |
| 419. | | | | | Buy (add'l) | 11/14/19 | J | | |
| 420. | | | | | Buy (add'l) | 12/31/19 | J | | |
| 421.  - United Parcel Svc Inc Cl B | A | Dividend | K | T | Buy | 03/27/19 | J | | |
| 422. | | | | | Buy (add'l) | 03/28/19 | J | | |
| 423. | | | | | Buy (add'l) | 10/31/19 | J | | |
| 424.  - United States Treas NT DTD 5/31/15 1.500% Due 5/31/20 | A | Dividend | K | T | | | | | |
| 425.  - United State Treas NT DTD 9/30/18 2.750% Due 9/30/20 | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 426.  - United States Treas NT DTD 12/31/18 2.625% Due 12/31/25 | A | Dividend | K | T | | | | | |
| 427.  - United States Treas NT DTD 8/15/18 2.875% Due 8/15/28 | B | Dividend | L | T | | | | | |
| 428.  - United States Treas NT DTD 5/15/19 2.375% Due 5/15/29 | A | Dividend | L | T | | | | | |
| 429.  - Verizon Communications Inc SR Unsced NT DTD 9/18/15 | A | Dividend | K | T | | | | | |
| 430.  - Verizon Communications Inc SR Unsced NT DTD 9/18/13 | A | Dividend | K | T | | | | | |
| 431.  - Abbott Labs | | | J | T | Buy | 10/17/19 | J | | |
| 432.  - Abbvie Inc Unsecd | | None | K | T | Buy | 11/26/19 | J | | |
| 433. | | | | | Buy (add'l) | 12/13/19 | J | | |
| 434.  - American Intl Group Inc SR Unsecd NT DTD 5/24/12 4.875% Due 6/01/22 | | None | J | T | | | | | |
| 435.  - American Intl Group Inc SR Unsecd NT DTD 8/9/13 3.375% Due 8/15/20 | | None | J | T | | | | | |
| 436.  - American Intl Group Inc SR Unsecd NT Call 2/01/21 @ DTD 2/26/16 | | None | J | T | | | | | |
| 437.  - Barclays PLC | | | | | Sold | 11/08/19 | K | E | |
| 438.  - Broadcom Inc | B | Dividend | | | Buy | 05/16/19 | J | | |
| 439. | | | | | Buy (add'l) | 08/22/19 | J | | |
| 440. | | | | | Buy (add'l) | 10/03/19 | J | | |
| 441.  - Clark CNTY Wash Sch Dist No 11 | | None | L | T | Buy | 10/16/19 | L | | |
| 442.  - Corteva Inc Com (formerly part of Dowdupont Inc Common) | | None | | | Sold (part) | 07/12/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. | | | | | Sold | 07/18/19 | J | C | |
| 444.   - Energy Transfer Partners LP | | None | K | T | Buy | 07/19/19 | K | | |
| 445.   - Northrop Grumman Corp | | None | K | T | Buy | 12/12/19 | J | | |
| 446. | | | | | Buy (add'l) | 12/13/19 | J | | |
| 447. | | | | | Buy (add'l) | 03/21/19 | K | | |
| 448.   - Pembroke Pines FLA Cap IMPT RE | | None | L | T | Buy | 11/18/19 | L | | |
| 449.   - WABTEC Corp | | None | | | Sold (part) | 04/24/19 | J | A | |
| 450. | | | | | Sold | 10/01/19 | J | A | |
| 451.  Trust #8 (H) | | | | | | | | | |
| 452.   - Acco Brands Corp Common | A | Dividend | J | T | | | | | |
| 453.   - Bank of America Temporary Overnight Deposit | A | Dividend | J | T | | | | | |
| 454.   - Blackrock Treasury Trust Fund Institutional Class | C | Dividend | L | T | | | | | |
| 455.   - Chemours Co Common | A | Dividend | J | T | | | | | |
| 456.   - Dominion Energy Inc Common | C | Dividend | L | T | | | | | |
| 457.   - Exelon Corp Common | A | Dividend | K | T | | | | | |
| 458.   - Exxon Mobil Corp Common | D | Dividend | M | T | | | | | |
| 459.   - Fortune Brands Home & Sec Inc Common | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. - Texas Pac LC TR SUB CTF Prop I T | D | Dividend | P1 | T | | | | | |
| 461. - Universal Corp VA Common | C | Dividend | L | T | | | | | |
| 462. - Corteva Inc Com (formerly part of Dowdupont Inc Common) | A | Dividend | J | T | Buy | 07/12/19 | J | | |
| 463. - Dow Inc Com (formerly part of Dowdupont Inc Common) | A | Dividend | K | T | Buy | 05/09/19 | J | | |
| 464. - Dupont De Nemours Inc Com (formerly Dowdupont Inc Common) | A | Dividend | K | T | Buy | 07/12/19 | J | | |
| 465. Insurance Trust #1 (H) | | | | | | | | | |
| 466. - Prudential Whole Life | C | Dividend | L | T | | | | | |
| 467. Insurance Trust #2 (H) | | | | | | | | | |
| 468. - Genworth Universal Life | D | Interest | M | T | | | | | |
| 469. Trust #9 (H) | | | | | | | | | |
| 470. - Vacation Property, Colleton County, South Carolina (33.3%) | | None | | | Sold | 01/01/19 | N | G | family entity |
| 471. - Goldman Sachs Bank USA Deposit | A | Interest | K | T | | | | | |
| 472. - GS Short Duration Tax Free Fund Class P Dividend | C | Dividend | M | T | Buy | 01/11/19 | M | | |
| 473. - SPDR S&P Dividend ETF | D | Dividend | M | T | Buy | 01/11/19 | M | | |
| 474. Real Estate LLC #1 (H) | | | | | | | | | |
| 475. - Undeveloped Tract, Charleston County, South Carolina | | None | M | W | | | | | |
| 476. Goldman Sachs - Cash Account | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 8/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 477.  Real Estate LLC #2 (33.3% interest) (H) | | | | | | | | | |
| 478.  - Undeveloped Tracts A through D,<br>Barnwell County, South Carolina | | None | K | W | | | | | |
| 479.  - Undeveloped Tracts A through H,<br>Bamberg County, South Carolina | B | Rent | K | W | | | | | |
| 480.  - Goldman Sachs - Cash Account | A | Interest | M | T | | | | | |
| 481.  Real Estate LLC #3 (32.1% interest) (H) | | | | | | | | | |
| 482.  - Vacation Property, Colleton County | | None | N | W | | | | | |
| 483.  - First Citizens Bank - Cash Account | A | Interest | K | T | | | | | |
| 484.  Real Estate Corporation (16.6% interest) (H) | | | | | | | | | |
| 485.  - Undeveloped Tracts A, B, C, D, Barnwell<br>County, South Carolina | A | Rent | L | W | | | | | |
| 486.  - First Citizens Bank - Cash Account | A | Interest | J | T | | | | | |
| 487.  Undeveloped Land, Barnwell County, South<br>Carolina #1 (33.3% interest) | A | Rent | K | W | | | | | |
| 488.  Undeveloped Land, Barnwell County, South<br>Carolina #2 (20% interest) | | None | L | W | | | | | |
| 489.  Undeveloped Land, Barnwell County, South<br>Carolina #3 (16.6% interest) | | None | J | W | | | | | |
| 490.  Undeveloped Land, Barnwell County, South<br>Carolina #4 (25% interest) | A | Rent | J | W | | | | | |
| 491.  Undeveloped Land, Bamberg County, South<br>Carolina #1 (25% interest) | | None | J | W | | | | | |
| 492.  Undeveloped Land, Bamberg County, South<br>Carolina #2 (50% interest) | | None | K | W | | | | | |
| 493.  Undeveloped Land, Bamberg County, South<br>Carolina #3 (50% interest) | | None | J | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 494. Undeveloped Land, Bamberg County, South Carolina #4 (50% interest) | | None | J | W | | | | | |
| 495. Undeveloped Land, Florence County, South Carolina (16.6% interest) | | None | J | W | | | | | |
| 496. - Trust #10 (33.3% interest) (H) | | | | | | | | | |
| 497. - Amex Consumers Staples Select Fund 'SPDR' | B | Dividend | M | T | Buy | 09/26/19 | L | | |
| 498. | | | | | Buy (add'l) | 09/30/19 | L | | |
| 499. - GS Short Duration Tax Free Fund Class P | D | Dividend | O | T | Buy | 01/18/19 | O | | |
| 500. - SPD S&P Dividend ETF | D | Dividend | N | T | Buy | 01/18/19 | M | | |
| 501. | | | | | Sold (part) | 04/11/19 | M | G | |
| 502. - Goldman Sachs Bank USA Deposit (BDA) | A | Interest | K | T | | | | | |
| 503. - Vanguard FTSE European ETF | D | Dividend | | | Buy | 01/18/19 | M | | |
| 504. | | | | | Sold | 09/09/19 | M | G | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Julius N.** | 8/12/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Please note that the Investment Partnership (reflected in the 2018 FDR) was liquidated in 2019, and the assets of the Investment Partnership were transferred to Trust #10.  For 2019 FDR reporting purposes, the Investment Partnership has been removed and the assets are now reflected in the newly-added Trust #10.

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Julius N. | 8/12/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Julius N. Richardson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544